**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7279**

MICHAEL ALEXANDER COLLINS,

Plaintiff - Appellant,

v.

STATE OF SOUTH CAROLINA; AIKEN COUNTY SHERIFF'S DEPARTMENT; SHANNON STURGILL; JENNIFER LAIRD; DAVID HAZE; DOYET A. EARLY, III; MONTFORD SHULER CAUGHMAN; VICKI J. SNELGROVE; WILLIAM P. KEESLEY; EVERETT K. CHANDLER; ASHLEY HAMMOCK; DEPUTY BAKER; DEPUTY WILSON; NURSE SHERRY; NURSE ANGEL; DEPUTY MOORE; NURSE ROBIN; CPL PERRY; DEPUTY PRINCE; SGT BRADLEY; DEPUTY MCDUFFIE; DEPUTY NIGHTINGALE; DEPUTY GIBSON; DEPUTY POWELL; DEPUTY JONES; NURSE AMANDA,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Mary G. Lewis, District Judge. (8:18-cv-02596-MGL)

Submitted: June 16, 2020                     Decided: June 18, 2020

Before MOTZ and KING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Alexander Collins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Alexander Collins appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Collins' 42 U.S.C. § 1983 (2018) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Collins v. South Carolina*, No. 8:18-cv-02596-MGL (D.S.C., Sept. 4, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*